**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**NASIR OVERTON,**

**Defendant.**

**Case No. 3:26-cr-00350-AN**

**INFORMATION**

**21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 859**

**Forfeiture Allegation**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance to a Person Under Age 21)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 859(a))**

On or about September 19, 2023, within the District of Oregon, defendant **NASIR OVERTON**, a person at least 18 years of age, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance, to a Juvenile Female, a person under 21 years of age;

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859(a).

**FORFEITURE ALLEGATION**
**(Controlled Substance Offense)**

Upon conviction of the offense in Count 1, defendant **NASIR OVERTON** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from,

proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: September 11, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ Scott Kerin

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorneys